## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BEVERLY JONES-WHITLEY                                  :
1315 Holly Street, N.W.
Washington, D.C. 20011                                 :

    and                                                    :

MICHAEL WHITLEY                                        JUDGE: James Robertson
1315 Holly Street, N.W.
Washington, D.C. 20011                                 DECK TYPE: Personal Injury/Malpractic

      **Plaintiffs**                                   DATE STAMP: 02/15/2007


    v.                                                 CASE NUMBER  1:07CV00348
                                                       JUDGE: James Robertson

FORD MOTOR COMPANY                                     :

SERVE:    CT Corporation System                       :
        Registered Agent for Ford Motor Co.
        1015 15th Street, NW Suite 1000             :
        Washington, DC 20005

      **Defendant**                                    :


### COMPLAINT

### JURISDICTION AND VENUE

1.    This Court has jurisdiction since there is diversity among the parties and the amount in controversy exceeds $75,000.

2.    Venue is proper in the District of Columbia because it is the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

### PARTIES

3.    Plaintiff Beverly Jones-Whitley is a resident of the District of Columbia.

4.    Plaintiff Michael Whitley is a resident of the District of Columbia and, at the time the cause of action arose, was married to Plaintiff Jones-Whitley.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

5.    Upon information and belief, Defendant Ford Motor Company is a Delaware corporation licensed to and currently transacting business in the District of Columbia.

## FACTS

6.    On or about February 29, 2004, Plaintiff Beverly Jones-Whitley was at the Shopper's Food Warehouse at 6881 New Hampshire Avenue, Takoma Park, Maryland.

7.    The Shopper's Food Warehouse is located in the Takoma Park Shopping Center.

8.    At approximately 7:30 p.m. Plaintiff Jones-Whitley was standing in the marked pedestrian zone at the Shopper's Food Warehouse.

9.    Isabel Mercer backed out of a parking space in the parking lot at a high rate of speed and struck Plaintiff Jones-Whitley.

10.    Ms. Mercer was driving a 2000 Ford Windstar bearing the tag number 16051.

11.    The Ford Windstar suddenly accelerated out of control reaching high speeds before crushing into the Plaintiff.

12.    The Ford Windstar had a "next gen" cruise servo control.

13.    The cruise control was defective in that it permitted errant electrical signals to affect electrical functions of the cruise control.

14.    Prior to February 29, 2004, Defendant Ford knew that "next gen" cruise servos were involved in sudden acceleration events, which involved vehicles suddenly accelerating through no fault of the driver.

15.    Plaintiff Jones-Whitley sustained serious bodily injuries including, but not limited to, multiple fractures in her right leg with extreme tissue destruction, a collapsed lung, ruptured bladder, crushed genitals and rectum, and extensive soft tissue trauma.

## COUNT 1 – Negligence

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE.; N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

16.    Plaintiffs incorporate by reference all other paragraphs in the Complaint and further allege that the above described incident and the resulting injuries were the direct and proximate result of Defendant Ford's negligence.

17.    Defendant Ford owed a duty to Plaintiff to exercise reasonable care in the design, assembly, testing, inspection, packaging, labeling, distribution, and manufacturing of the Ford Windstar driven by Isabel Mercer.

18.    Defendant Ford breaches of said duty include, but are not limited to:

a.   failure to properly test and inspect the Ford Windstar;

b.   failure to properly design, assemble, and manufacture the Ford Windstar so that it would not suddenly accelerate;

c.   failure to examine and inspect the product and discover that it was dangerous and unsafe for the user and the purpose for which it was intended;

d.   failure to warn of the dangerous condition that existed in the Ford Windstar;

e.   sale of a vehicle that was in a defective condition and unreasonably dangerous; and

f.   such other acts and/or omissions as further investigation and discovery may reveal.

19.    As a result of the negligent acts and/or omissions of Defendant Ford, Plaintiff incurred substantial past and future lost wages, medical bills and expenses, and will incur substantial medical bills and expenses in the future, suffered extreme conscious physical pain and mental anguish, and will continue to suffer mental anguish, emotional pain and suffering, physical pain and suffering, and has sustained immobility and permanent injury.

20.    Plaintiff seeks any and all damages recoverable under District of Columbia law.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

3

WHEREFORE, Plaintiff Beverly Jones-Whitley demands judgment against the Defendant Ford, in the full and just amount of Twenty Million Dollars ($20,000,000.00) plus interest and costs.

## COUNT II – STRICT LIABILITY

21.    The Plaintiffs incorporate by reference all other paragraphs in the Complaint and further allege that at all times relevant hereto, Defendant Ford was in the business of designing, distributing, marketing, selling, and placing into the stream of commerce the Ford Windstar in question.

22.    The Ford Windstar was designed, distributed, marketed, sold, and placed into the stream of commerce by Defendant Ford in an unsafe, defective, and unreasonably dangerous condition.

23.    The Ford Windstar was defective and unreasonably dangerous.

24.    The Ford Windstar was designed, distributed, marketed, sold and placed into the stream of commerce by Defendant Ford and was used by Isabel Mercer without substantial change.

25.    Defendant Ford is strictly liable to the Plaintiffs by reason of having designed, distributed, sold, marketed, and place into the stream of commerce an unsafe, defective, and highly dangerous Ford Windstar which was the proximate cause of the Plaintiffs' damages, losses and injuries.

26.    As a result of the negligent acts and/or omissions of Defendant Ford, Plaintiff incurred substantial past and future lost wages, medical bills and expenses, and will incur substantial medical bills and expenses in the future, suffered extreme conscious physical pain and mental anguish, and will continue to suffer mental anguish, emotional pain and suffering, physical pain and suffering, and has sustained immobility and permanent injury.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE.; N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

4

27.    Plaintiff seeks any and all damages recoverable under District of Columbia law.

WHEREFORE, Plaintiff Beverly Jones-Whitley demands judgment against the Defendant Ford, in the full and just amount of Twenty Million Dollars ($20,000,000.00) plus interest and costs.

## COUNT III – PUNITIVE DAMAGES

28.    Plaintiffs incorporated by reference all other paragraphs in the Complaint and further allege that prior to February 29, 2004, Defendant Ford had prior knowledge that many of its vehicles, including the Ford Windstar, had problems with sudden acceleration.

29.    With the aforementioned knowledge, the Defendant Ford continuously failed

a.    to retrofit, redesign, fix, maintain, and/or recall the Ford Windstar;

b.    warn of the hazards associated with the Ford Windstar including, but not limited to, sudden acceleration; and

c.    such other acts and/or omissions as further investigation and discovery may reveal.

30.    Defendant Ford's above actions and inactions rise to the level of wanton, willful and malicious conduct on their part.

31.    Defendant Ford's above actions and inactions demonstrate a deliberate disregard for the rights and safety of the Plaintiff.

WHEREFORE, Plaintiff Beverly Jones-Whitley demands judgment against the Defendant Ford for punitive damages, in the full and just amount of Thirty Million Dollars ($30,000,000.00) plus interest and costs.

## COUNT IV - Loss of Consortium

LAW OFFICES
KOONZ, McKENNEY,
JOHNSON, DePAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

32.    Plaintiffs incorporate by reference all other paragraphs in the Complaint, and further allege as a direct and proximate result of the negligent acts and/or omissions of Defendant Ford, Plaintiff Beverly Jones-Whitley sustained significant and ongoing physical injuries, some or all of which are permanent in nature.

33.    Michael Whitley was married to Beverly Jones-Whitley at the time the cause of action arose.

34.    As a direct and proximate result of the negligence of Defendant Ford, Plaintiff Michael Whitley, husband of Plaintiff Beverly Jones-Whitley, has suffered and will continue to suffer a loss of consortium, including, but not limited to, a loss of his wife's support, services, society, companionship, love, affection, aid, cooperation, marital relations, and comfort due to the severe injuries and damages suffered by Plaintiff Beverly Jones-Whitley.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully demand judgment against Defendant Ford in the full and just amount of One Million Dollars ($1,000,000) plus costs and interest.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
   DEPAOLIS & LIGHTFOOT, L.L.P.

Paulette E. Chapman #416437
Kelly J. Fisher #488431
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 - FAX
kfisher@koonz.com

Counsel for Plaintiffs

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

6

## JURY TRIAL DEMAND

Plaintiffs request a jury trial on all counts.

Kelly J. Fisher

KMJDL 33267

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Beverly Jones and Michael Whitley | Ford Motor Company |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    11001 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT <br> (IN U.S. PLAINTIFF CASES ONLY)    11001 <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Kelly J. Fisher <br> 2001 Pennsylvania Avenue <br> Suite 450 <br> Washington D.C. 20006 <br> 202-659-5505 | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 2 U.S. Government
Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ◉ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☒ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Medical Malpractice <br> ☐ 365 Product Liability <br> ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act <br><br> **Social Security:** <br> ☐ 861 HIA ((1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g) <br> **Other Statutes** <br> ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. <br><br> *(If Antitrust, then A governs)* |

### ○ E. *General Civil (Other)*    OR    ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

This is a product's liability case in which there is diversity among the parties and the amount in controversy exceeds $75,000. See 28 U.S.C. § 13322007

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 51,000,000    Check YES only if demanded in complaint
**JURY DEMAND:**    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 2-15-07    SIGNATURE OF ATTORNEY OF RECORD    *Kelly Fisher*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.