**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**BEVERLY JONES-WHITLEY** :
**1315 Holly Street, N.W.**
**Washington, D.C. 20011** :

**and**

**MICHAEL WHITLEY** :
**1315 Holly Street, N.W.**
**Washington, D.C. 20011** :

**Plaintiffs** :
**v.** :

**FORD MOTOR COMPANY** :

**SERVE: CT Corporation System** :
**Registered Agent for Ford Motor Co.** :
**1015 15th Street, NW Suite 1000** :
**Washington, DC 20005**
**Defendant**

**Case Number: 1:07CV00348**
**Judge: James Robertson**

**AFFIDAVIT OF SERVICE**

I, Jennifer Lynn Galante, hereby depose and state that:

1. I am a legal secretary with the law firm of Koonz, McKenney, Johnson, DePaolis & Lightfoot in the District of Columbia and our firm has been retained by the Plaintiff, Beverly- Jones Whitley in connection with this litigation.

2. On or about February 26, 2007, we forwarded a Summons and Complaint to CT Corporation System: Registered Agent for Ford Motor Company at 1015 15th Street, N.W. Suite 1000, Washington D.C. 20005.

3. On March 19, 2007, we received the Certified Return card dated March 9, 2007 verifying that the above pleading was received. The original receipt is attached hereto as Attachment A.

4. Further saith affiant not.

Jennifer Galante

Subscribed and sworn before me on this 26th day of March, 2007

Notary Public

My Commission Expires on 7-31-09

LAW OFFICES
KOONZ, MCKENNEY, JOHNSON, DEPAOLIS & LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006
(202) 659-5500

UNITED STATES POSTAL SERVICE
SOUTHERN MD 20
01 MAR 2007 PM 4 T
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
• Sender: Please print your name, address, and ZIP+4 in this box •
Jennifer Galante
2001 Pennsylvania Ave
Suite 450
Washington D.C. 20006
Re: Whitley
624



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
Registered Agent for
Ford Motor Co.
1015 15th St, N.W. Suite 1000
Washington D.C 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)

B. Date of Delivery 3-9-07

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*)
2095 0589 9000 00hE 66Ô2

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952