UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEVERLY JONES-WHITLEY          :
1315 Holly Street, N.W.
Washington, D.C. 20011          :

       and                                              Case Number: 1:07CV00348
                                                        Judge: James Robertson
MICHAEL WHITLEY                 :
1315 Holly Street, N.W.
Washington, D.C. 20011          :

       Plaintiffs               :
v.                              :

FORD MOTOR COMPANY              :

SERVE:   CT Corporation System              :
         Registered Agent for Ford Motor Co.
         1015 15th Street, NW Suite 1000    :
         Washington, DC 20005
         Defendant

## AFFIDAVIT OF SERVICE

I, Jennifer Lynn Galante, hereby depose and state that:

1. I am a legal secretary with the law firm of Koonz, McKenney, Johnson, DePaolis & Lightfoot in the District of Columbia and our firm has been retained by the Plaintiff, Beverly-Jones Whitley in connection with this litigation.

2. On or about February 26, 2007, we forwarded a Summons and Complaint to CT Corporation System: Registered Agent for Ford Motor Company at 1015 15th Street, N.W. Suite 1000, Washington D.C. 20005.

3. On March 19, 2007, we received the Certified Return card dated March 9, 2007 verifying that the above pleading was received. The original receipt is attached hereto as Attachment A.

4. Further saith affiant not.

Subscribed and sworn before me on this 26th day of March, 2007

My Commission Expires on 7-31-09

Jennifer Galante

Notary Public

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
Registered Agent for
Ford Motor Co.
1015 15th St, N.W. Suite 1000
Washington D.C 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) — Thomas
B. Date of Delivery — 3-9-09

Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
2095 0589 9000 004E 6606

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952