UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| BEVERLY JONES-WHITLEY, *et ux*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-cv-348 |
| v. ) | Judge Robertson |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE SCHEDULED FOR APRIL 23, 2007

COMES NOW, Plaintiffs, by and through the undersigned counsel, file this Consent Motion to Continue the Status Conference scheduled for April 23, 2007. Plaintiff respectfully requests an extension until after April 27, 2007. In support of this Motion, Plaintiff states as follows:

1. The lead attorney assigned to this case is currently in trial at Prince George's Circuit in Upper Marlboro, Maryland.

2. Plaintiffs' counsel had anticipated that the trial would be completed by April 23, 2007, the date of the status conference, but unfortunately the trial will not be concluded at that time. Since the trial is in Upper Marlboro, Maryland, Plaintiff's counsel will not be able to return to the District in time for the Status Conference.

3. Plaintiffs request that the Status Conference scheduled for April 23, 2007 be continued until after April 27, 2007. This continuance will allow Plaintiffs' counsel adequate time to complete the trial in Maryland.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

4. This Motion is not for delay but is for good cause shown.

5. Defense counsel consents to this extension.

Respectfully submitted,

**KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT, L.L.P.**

By: /s/ Kelly J. Fisher
Paulette E. Chapman #416437
Kelly J. Fisher #488431
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 FAX

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of April 2007 a copy of the foregoing Consent Motion to Continue the Status Conference scheduled for April 23, 2007 was served via electronic filing, to the following counsel for the defendant:

John A. McCauley, Esquire
Venable LLP
2 Hopkins Plaza, Suite 1800
Baltimore, MD 21201

/s/ Kelly J. Fisher
Kelly J. Fisher, Esquire

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| BEVERLY JONES-WHITLEY, *et ux*, )<br>)<br>Plaintiff, )<br>) 1:07-cv-348<br>v. ) Judge Robertson<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. )<br>_____ ) | |

## ORDER

Upon Consideration of Plaintiff's Consent Motion to Continue the Status Conference scheduled for April 23, 2007 and the entire record herein, it is this ____ day of April 2007,

**ORDERED** that Plaintiff's Consent Motion to Continue the Status Conference scheduled for April 23, 2007 is **GRANTED**, and it is

**FURTHER ORDERED** that the Status Conference scheduled for April 23, 2007 is rescheduled to _____.

_____
Judge Robertson

Copies to:

Kelly J. Fisher
Koonz, McKenney, Johnson,
  DePaolis & Lightfoot, L.L.P.
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C.  20006

John A. McCauley, Esquire
Venable LLP
2 Hopkins Plaza, Suite 1800

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Baltimore, MD 21201

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500