IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY JONES-WHITLEY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1: 07CV00348 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to the above entitled cases hereby stipulate to the dismissal with prejudice of the above reference civil actions, and all claims asserted therein, with each party to bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| William P. Lightfoot  (Bar No. 313593) | John A. McCauley (Bar No. 460217) |
| Koonz, McKenney, Johnson, DePaolis & Lightfoot | Venable LLP |
| | Suite 1800 |
| 2001 Pennsylvania Ave., Suite 450 | 2 Hopkins Plaza |
| Washington, D.C. 20006 | Baltimore, MD  21201 |
| (202) 822-1864 | (410) 244-7400 |
| | |
| Counsel for Plaintiff, | Counsel for Defendant, |
| Beverly Jones-Whitley | Ford Motor Company |